1  Daniel Cooper (Bar No. 153576)
   Layne Friedrich (Bar No. 195431)
2  LAWYERS FOR CLEAN WATER, INC.
   1004 O'Reilly Avenue
3  San Francisco, California 94129
   Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155
   Email: cleanwater@sfo.com
5          layne@lawyersforcleanwater.com
6
7  Christopher Sproul (Bar No. 126398)
   ENVIRONMENTAL ADVOCATES
8  5135 Anza Street
   San Francisco, California 94121
9  Telephone: (415) 533-3376
   Facsimile: (415) 358-5695
10 Email: csproul@enviroadvocates.com
11
   Attorneys for Plaintiffs
12 BAYKEEPER and
   WEST COUNTY TOXICS COALITION
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
16
   BAYKEEPER, a non-profit corporation, and;        Civil Case No.: C 05-03829 EDL
17 WEST COUNTY TOXICS COALITION, a non-
   profit organization,                             **STIPULATION TO EXTEND DATES**
18                                                   **IN ORDER SETTING CASE**
                                                     **MANAGEMENT CONFERENCE;**
19             Plaintiffs,                           **[PROPOSED] ORDER**
20        v.                                          AS MODIFIED
21 CITY OF RICHMOND, a municipal corporation;
   WEST COUNTY WASTEWATER DISTRICT, an
22 independent special district; VEOLIA WATER
   NORTH AMERICA OPERATING SERVICES, a
23 limited liability corporation; WEST COUNTY
   AGENCY, a joint powers agency,
24
25             Defendants.
26
          WHEREAS, on September 22, 2005 Plaintiffs Baykeeper and West County Toxics Coalition filed
27
   a Complaint in Northern District Court, Case No. C 05-03829 EDL against Defendants City of
28

Richmond, West County Wastewater District, Veolia Water North America Operating Services, Inc., and West County Agency (Plaintiffs and Defendants are referred to as "the Parties");

WHEREAS, when filing the Complaint Plaintiffs received an Order Setting Initial Case Management Conference;

WHEREAS, the Order Setting Initial Case Management Conference sets the following dates:

1.      January 3, 2006 as the last date to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan.

2.      January 3, 2006 as the last date to file Joint ADR Certification with Stipulation to ADR or Notice of Need for ADR Phone Conference.

3.      January 17, 2006 as the last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26 Report.

4.      January 24, 2006 Case Management Conference in Ctrm E, 15th Floor, SF at 10:00 AM.

WHEREAS, the Parties have been engaged in settlement negotiations in hopes of coming to a mutually acceptable settlement of Plaintiffs' claims;

WHEREAS, the Parties desire to extend the litigation dates set forth in the Order Setting Initial Case Management Conference to focus resources on settlement negotiations.

THEREFORE, the Partiers hereby agree and stipulate to the following:

1.      Plaintiffs will serve the complaint on January 23, 2006.

2.      Counsel for Defendants will accept service of process of the Complaint, summons and associated papers issued by the Court on behalf of Defendants.

3.      Defendants will file a responsive pleading on or before February 14, 2006.

4.      The Parties will meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan no later than February 16, 2006.

5.      The Parties will file the file Joint ADR Certification with Stipulation to ADR or Notice of Need for ADR Phone Conference no later than February 16, 2006.

6.      The Parties will complete initial disclosures or state objections in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26 Report no later than March 2, 2006.

7.      The Case Management Conference will be set for ~~March 10~~ March 14, 2006 in Ctrm E, 15th Floor, SF at 10:00 AM, or as soon thereafter as the Court's calendar permits.

LAWYERS FOR CLEAN WATER INC.

/s/ Layne Friedrich

Dated: December 19, 2005

Layne Friedrich
Attorney for Plaintiffs Baykeeper and
West County Toxics Coalition

DOWNEY BRAND LLP

Dated: December 19, 2005                     /s/ Melissa Thorme

Melissa Thorme
Attorneys for Defendants
City of Richmond, West County Wastewater
District, Veolia Water North America Operating
Services, Inc., and West County Agency

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

LAWYERS FOR CLEAN WATER INC.

/s/ Layne Friedrich

Dated: December 19, 2005

Layne Friedrich
Attorney for Plaintiffs Baykeeper and
West County Toxics Coalition

PURSUANT TO STIPULATION, IT IS SO ORDERED.

United States Magistrate Judge

Date: December 20, 2005

Honorable Elizabeth D. Laporte
United States District Court
Northern District of California

IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte

721444.1

Stipulation To Extend Dates in Case Mgt Order          3          Case No. C 05-03829 EDL