| | |
|---|---|
| 1 | Daniel Cooper (Bar No. 153576) |
| 2 | Layne Friedrich (Bar No. 195431) |
|   | LAWYERS FOR CLEAN WATER, INC. |
| 3 | 1004 O'Reilly Avenue |
|   | San Francisco, California 94129 |
| 4 | Telephone: (415) 440-6520 |
|   | Facsimile: (415) 440-4155 |
| 5 | Email: cleanwater@sfo.com |
| 6 |         layne@lawyersforcleanwater.com |
| 7 | Attorneys for Plaintiffs |
|   | BAYKEEPER and WEST COUNTY TOXICS COALITION |
| 8 | |
| 9 | DOWNEY BRAND LLP |
|   | MELISSA A. THORME (Bar No. 151278) |
|   | NICOLE E. GRANQUIST (Bar No. 199017) |
| 10 | 555 Capitol Mall, Tenth Floor |
|    | Sacramento, CA  95814-4686 |
| 11 | Telephone: (916) 444-1000 |
|    | Facsimile: (916) 444-2100 |
| 12 | mthorme@downeybrand.com |
|    | ngranquist@downeybrand.com |
| 13 | |
| 14 | Attorneys for Defendants |
|    | CITY OF RICHMOND, WEST COUNTY |
| 15 | WASTEWATER DISTRICT, VEOLIA WATER |
|    | NORTH AMERICA OPERATING SERVICES, |
| 16 | and WEST COUNTY AGENCY. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | | |
| 20 | BAYKEEPER, a non-profit corporation, and; WEST COUNTY TOXICS COALITION, a non-profit organization, | Civil Case No.: C 05-03829 MMC |
| 21 | | **STIPULATION TO EXTEND DATE FOR COURT ORDERED MEDIATION;** |
| 22 | Plaintiffs, | **[PROPOSED] ORDER** |
| 23 | v. | |
| 24 | CITY OF RICHMOND, a municipal corporation; WEST COUNTY WASTEWATER DISTRICT, an independent special district; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation; WEST COUNTY AGENCY, a joint powers agency, | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

Stipulation/Order To Extend Date for Court-Ordered Mediation        1        Case No. C 05-03829 MMC

**STIPULATION**

WHEREAS, on 22 September 2005 Plaintiffs Baykeeper and West County Toxics Coalition filed a Complaint in the above captioned case in Northern District Court against Defendants City of Richmond, West County Wastewater District, Veolia Water North America Operating Services, Inc., and West County Agency (Plaintiffs and Defendants are referred to as "the Parties");

WHEREAS, the Case Management Conference in this case occurred on March 17, 2006.

WHEREAS, Plaintiffs and Defendants are aware of this Court's preference that mediation commence within ninety (90) days of the Case Management Conference;

WHEREAS, to allow Plaintiffs to complete some initial discovery prior to mediation, and to accommodate the multiple parties' schedules, the Parties and the mediator have the scheduled court-sponsored mediation for 28 June 2006, or 102 days after the Case Management Conference;

THEREFORE, the Parties stipulate that the mediation may be held on 28 June 2006.

Dated: May 31, 2006                     LAWYERS FOR CLEAN WATER INC.

                                        /s/ Daniel Cooper
                                        _____
                                        Daniel Cooper
                                        Attorneys for Plaintiffs Baykeeper and
                                        West County Toxics Coalition


Dated: May 31, 2006                     DOWNEY BRAND LLP

                                        /s/ Melissa Thorme
                                        _____
                                        Melissa Thorme
                                        Attorneys for Defendants
                                        City of Richmond, West County Wastewater
                                        District, Veolia Water North America Operating
                                        Services, Inc., and West County Agency

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

LAWYERS FOR CLEAN WATER INC.

Dated: May 31, 2006

/s/ Daniel Cooper
_____
Daniel Cooper
Attorney for Plaintiffs Baykeeper and
West County Toxics Coalition

### [PROPOSED]  ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that court-ordered mediation may occur as scheduled by the Parties on June 28, 2006.

United States District Court Judge

Date: June 1, 2006

_/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Court
Northern District of California

780981.1