Daniel Cooper (Bar No. 153576)
Layne Friedrich (Bar No. 195431)
LAWYERS FOR CLEAN WATER, INC.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com
layne@lawyersforcleanwater.com

Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Attorneys for Plaintiffs
BAYKEEPER and
WEST COUNTY TOXICS COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, a non-profit corporation, and WEST COUNTY TOXICS COALITION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a municipal corporation; WEST COUNTY WASTEWATER DISTRICT, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation; and WEST COUNTY AGENCY, a joint powers agency,<br><br>Defendants. | Civil Case No.: C 05-03829 MMC<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE AND REQUEST FOR DISTRICT COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT;** [PROPOSED] **ORDER.** |

Plaintiffs Baykeeper and West County Toxics Coalition (collectively referred to as "Plaintiffs"), and Defendants City of Richmond ("Richmond"), Veolia Water North America Operating Services ("Veolia"), and West County Wastewater District ("WCWD") (Defendants Richmond, Veolia and WCWD are hereinafter collectively referred to as "Defendants," and Plaintiffs and Defendants are hereinafter collectively referred to as the "Settling Parties") by and through their attorneys of record, hereby enter into this stipulation to dismiss with prejudice all of Plaintiffs' claims and request to have the District Court retain jurisdiction to enforce the terms of the Settlement Agreement, incorporated herein and attached as Exhibit A to this stipulation and [proposed] order.

WHEREAS, on June 28, 2006, Plaintiffs and Defendants entered into a settlement agreement dismissing with prejudice all of Plaintiffs' claims as set forth in Civil Case No. 05-03829 MMC against Defendant West County Agency and Plaintiffs Eighth, Ninth, Fifteenth, Sixteenth, and Seventeenth claims against the remaining Defendants for alleged violations of the Federal Water Pollution Control Act (the "Act" or "Clean Water Act" or "CWA") related to the Defendants' wastewater treatment plants ("Prior Settlement Agreement");

WHEREAS, on July 5, 2006, this Court entered an Order granting Plaintiffs and Defendants' stipulation and request for an order dismissing with prejudice the claims described in the Prior Settlement Agreement;

WHEREAS, on or about October 17, 2006, Plaintiffs and Defendants entered into a settlement agreement dismissing with prejudice all of Plaintiffs' remaining claims as set forth in Civil Case No. 05-03829 MMC against Defendants ("Settlement Agreement"). This Settlement Agreement, together with the Prior Settlement Agreement, achieves a full and final settlement of all of Plaintiffs' claims;

WHEREAS, Plaintiffs and Defendants now enter into this stipulation to dismiss with prejudice all remaining claims against the Defendants, and request the Court to enter an Order dismissing Plaintiffs' action in its entirety with prejudice and retain jurisdiction to enforce the terms of the Settlement Agreement;

NOW THEREFORE, the Settling Parties jointly stipulate as follows:

1. Plaintiffs' claims against Defendants, as set forth in Civil Case No. 05-03829 MMC, are hereby dismissed with prejudice. The Settling Parties respectfully request an Order from this Court dismissing such claims with prejudice.

2. The Settling Parties also respectfully request that this Court retain jurisdiction over Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth claims against Defendants (other than allegations related to biosolids and effluent monitoring dismissed pursuant to the Prior Settlement Agreement and the Court's July 5, 2006 Order) for the sole purpose of resolving any disputes between the Settling Parties with respect to enforcement of any provision of the terms of the Settlement Agreement; and

3. Nothing in the Settlement Agreement or this stipulation shall affect the Prior Settlement Agreement or the Court's July 5, 2006 Order.

Dated: October 18, 2006

LAWYERS FOR CLEAN WATER, INC.        ENVIRONMENTAL ADVOCATES

By: _____          By: _____
Daniel Cooper                            Christopher Sproul
Attorney for Plaintiffs                  Attorney for Plaintiffs

                                     DOWNEY BRAND LLP

                                     By: _____
                                     Melissa Thorme
                                     Attorney for Defendants

1.     Plaintiffs' claims against Defendants, as set forth in Civil Case No. 05-03829 MMC, are hereby dismissed with prejudice. The Settling Parties respectfully request an Order from this Court dismissing such claims with prejudice.

2.     The Settling Parties also respectfully request that this Court retain jurisdiction over Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth claims against Defendants (other than allegations related to biosolids and effluent monitoring dismissed pursuant to the Prior Settlement Agreement and the Court's July 5, 2006 Order) for the sole purpose of resolving any disputes between the Settling Parties with respect to enforcement of any provision of the terms of the Settlement Agreement; and

3.     Nothing in the Settlement Agreement or this stipulation shall affect the Prior Settlement Agreement or the Court's July 5, 2006 Order.

Dated: October ___, 2006

LAWYERS FOR CLEAN WATER, INC.     ENVIRONMENTAL ADVOCATES

By: _____
    Daniel Cooper
    Attorney for Plaintiffs

By: *Christopher Sproul*
    Christopher Sproul
    Attorney for Plaintiffs

DOWNEY BRAND LLP

By: _____
    Melissa Thorne
    Attorney for Defendants

## ~~[PROPOSED]~~ ORDER

Good cause appearing, and based on the stipulation of the parties,

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants as set forth in Civil Case No. 05-03829 MMC, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth claims against Defendants (other than allegations related to biosolids and effluent monitoring dismissed pursuant to this Court's July 5, 2006 Order) for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the terms of the Settlement Agreement;

IT IS FURTHER ORDERED that nothing in this Order shall affect the Court's July 5, 2006 Order concerning the Prior Settlement Agreement.

IT IS SO ORDERED.

Dated: __December 8, 2006__        NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maxine M. Chesney
United States District Court
Northern District of California