DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com
Attorneys for Defendant CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, a non-profit corporation, and WEST COUNTY TOXICS COALITION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a municipal corporation; WEST COUNTY WASTEWATER DISTRICT, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation; and WEST COUNTY AGENCY, a joint powers agency,<br><br>Defendants. | Civil Case No.: C 05-03829 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS AND DEFENDANT CITY OF RICHMOND'S STIPULATION TO AMEND SETTLEMENT AGREEMENT |

Good cause appearing, and based on the stipulation of the parties,

IT IS ORDERED that consistent with the Amendment to October 17, 2006 Settlement Agreement entered into by Plaintiffs and Defendant City of Richmond, and attached as Exhibit A to the October 2014 stipulation submitted by Plaintiffs and Defendant City of Richmond, the October 17, 2006 Settlement Agreement (Docket No. 32-1) is modified as follows:

A. The September 1, 2014 deadline set forth in Paragraph 12.d. of the October 17,

2006 Settlement Agreement, applicable only to Defendant City of Richmond and no other Defendants, is extended to November 2, 2015; and

B. The Termination Date set forth in Paragraph 10 of the October 17, 2006 Settlement Agreement is extended to December 9, 2017 as applicable to Richmond and no other Defendants.

Consistent with this Court's December 8, 2006 Order (Docket No. 32), this Court will continue to retain jurisdiction over Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth claims against Defendants (other than allegations related to biosolids and effluent monitoring dismissed pursuant to the Prior Settlement Agreement and the Court's July 5, 2006 Order) for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the amended October 17, 2006 Settlement Agreement.

IT IS SO ORDERED.

Dated: October 31, 2014                    NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maxine M. Chesney
United States District Court
Northern District of California