| | |
|---|---|
| Nicole E. Granquist (Bar No. 199017)<br>Patrick F. Veasy (Bar No. 301456)<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>Email: ngranquist@downeybrand.com<br>Email: pveasy@downeybrand.com<br><br>Attorneys for Defendant CITY OF RICHMOND | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation, and WEST COUNTY TOXICS COALITION, a non-profit organization,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RICHMOND, a municipal corporation; WEST COUNTY WASTEWATER DISTRICT, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation; and WEST COUNTY AGENCY, a joint powers agency,<br><br>　　　　　Defendants. | Civil Case No.:  3:05-cv-03829 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND DEFENDANT CITY OF RICHMOND'S STIPULATION TO DISCONTINUE SETTLEMENT CONFERENCE** |

　　　　Good cause appearing, and based on the stipulation of the parties,

　　　　IT IS ORDERED that the settlement conference between Plaintiffs San Francisco Baykeeper and West County Toxics Coalition (collectively referred to as "Plaintiffs") and Defendant City of Richmond ("Richmond") (collectively referred to as the "Parties") currently scheduled on March 13, 2018, at 10:30 a.m. (Docket No. 49) is discontinued and shall be

[Proposed] Order Granting Stipulation to Discontinue Settlement Conference　　　Case No. 3:05-cv-03829 MMC

1

removed from this Court's calendar.

IT IS FURTHER ORDERED that the Court shall continue holding the briefing schedule and hearing on Plaintiff's Motion for an Order Finding Defendant City of Richmond in Civil Contempt (Docket Nos. 38 and 43) off-calendar so the Parties can finalize their settlement documents.

IT IS FURTHER ORDERED that by March 30, 2018, the Parties shall file a notice of settlement with the Court.

IT IS FURTHER ORDERED that on or before May 29, 2018, the Parties shall file settlement-related documents or, alternatively, provide this Court with a status update with respect to this Court's October 27, 2017 Order to set a hearing and briefing schedule (Docket No. 43) on Plaintiffs' Motion for an Order Finding Richmond in Civil Contempt (Docket No. 38).

Respectfully Submitted,

IT IS ORDERED

Dated: March 13, 2018

NORTHERN DISTRICT OF CALIFORNIA

_____
MARIA-ELENA JAMES
United States Magistrate Judge